1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

John Pate
Pro se
3126 Shattuck Ave
Berkeley California 94705
Telephone:510 776 0160
JohnP.ElectrtroLips@TutaNota.Com
INFORMATION@ELECTROLIPS.COM

SOUTHERN DISTRICT OF FLORIDA

[MIAMI/DADE]

FILED BY_____D.C.

MAR 19 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. · MIAMI

JOHN PATE

      Plaintiff,

vs.

FEDERAL JUDGE:

      Defendant

Case No.: [NUMBER]

# REQUEST FOR LEGAL AID

### §2996. Congressional findings and declaration of purpose.

*"The Congress finds and declares that—*

*(1) there is a need to provide equal access to the system of justice in our Nation for individuals who seek redress of grievances;*

*(2) there is a need to provide high quality legal assistance to those who would be otherwise unable to afford adequate legal counsel and to continue the present vital legal services program;*

*(3) providing legal assistance to those who face an economic barrier to adequate legal counsel will serve best the ends of justice and assist in improving opportunities for low-income persons consistent with the purposes of this chapter;*

*(4) for many of our citizens, the availability of legal services has reaffirmed faith in our government of laws;*

REQUEST FOR LEGAL AID- 1

*(5) to preserve its strength, the legal services program must be kept free from the influence of or use by it of political pressures; and*

*(6) attorneys providing legal assistance must have full freedom to protect the best interests of their clients in keeping with the Code of Professional Responsibility, the Canons of Ethics, and the high standards of the legal profession.*

( title X, §1001, as added §2, July 25, 1974, ; amended §2, Dec. 28, 1977, .)

I plaintiff John Pate Pro Se am requesting legal Aid from this court. plaintiff has been forced into homelessness from ongoing   occult crimes and financial crimes being committed on myself for over 2 decades by respondents and members of the Witness protection program they protects, et al. Plaintiff is in the process of filing 12 cases against the US government and a few against European entities and governments for Defrauding the United States of America, Forced labor, and a collection of over a dozen other claims against these occult and organized crime figures.

Plaintiff has sought legal aid on his own for over a decade and due to all our resources in the United States  for legal aid and food and shelter being given away to foreigners that are decedents of the indies (Mexican, Guatemalan, Burmese, Hindi , etc..).  Plaintiff has sought aid in California, Florida and New

REQUEST FOR LEGAL AID- 2

York City and all were denied ,I request legal aid again due to the severity of these crimes against the United States and Multi National Terrorism on plaintiff.

After being denied multiple times plaintiff went as far as to ask 3 American Judges for legal aid and was denied all three times.

Judge Arecces Miami District court

( misappropriation of courts . Family court instead of criminal court due to organized crime figures on record being defendents)  Biological family in the Occult started a fight before trial in lobby of courtroom Miami and where unfair judgment was heard from Judge due to Plaintiffs lack of education and homeless situation from decades of occult abuse from members of the Occult here in the United States.

Judge Tse 2021 request or legal aid was made and denied.  Purger y from defendants and Malfeasance and conspiracy to plaintiff as well as actions which caused more counts of Defrauding the United States , Conspiracy to perpetuate Forced Labor/Slavery and what is presumable intentional tampering with plaintiffs finances and causing more confusion and defects in the patent process.

REQUEST FOR LEGAL AID- 3

Judge Santa Monica courthouse [locate / enter judges name?]  October 2014 (Member of the Colombo crime family started a fight with me in courtroom before court, bailiff had to intervene and threaten defendant by touching his pistol after repeated arguing from respondents to the court bailiff.

If plaintiffs requests for legal aid are not met he will take action against this court and add additional claims of conspiracy to commit ongoing situation of forced labor/ Slavery for foreign and domestic run Occults being the Masonic Occult -British Redcoats answering to the British Royalty, Scientologists – answering to the French Aristocracy and Redcoats, Lions from Mar a Lago Club answering to Austrian Royalty and the Colombo Jewish crime family – answering to the Jew syndicate of  hierarchy from the Indies and Eurasia

Plaintiff will also be motioning the Multi district litigation court to move over 20 cases from the USA and European Government and Corporation run by foreign royalty  that plaintiff knows personally and or knows their close people personally. Where all said parties fall under jurisdiction of the United States Federal Court system and all powers, devices and levers associated therein.

REQUEST FOR LEGAL AID- 4

**Due to the complexity of the Class Action Lawsuit and personal claims, a request for Legal Aid is made by Plaintiff John Pate.**

**This action is filed under :**

**Sixth Amendment of**

**The Constitution of the United States of America**

*"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense."*

Plaintiffs defense comes in the form of clearing his name and providing freedom for himself from decades of crimes committed on plaintiff personally, with racism , bigotry and and malice. Plaintiff is also in defense of his peers and  their joint rights and freedoms as Americans, which have slowly been stripped away from them since World War 2 and the decline in rights is increasing yearly.

This case is multi faceted and spans 5 countries and 2 continents.  In this mess of a life that was pushed on Plaintiff John Pate by these Occult groups in and out of US government there is plenty of room to clear his name which does in fact make him

a Defendant of his previous actions and inaction as claims from a false arrest and other court cases would have proven already, if plaintiff had not been the Victim of a Jihadist attack in Paris France on Feb 22 2022 while in search of legal council for actions committed by the aforementioned groups of Jewish caste system and corrupt racist government operatives in the FBI the local police and other United States Authorities of Government., plaintiff would have been able to return to the USA. However after the Jihadist attack in Paris the Consulate decided to keep plaintiff hostage in Belgium for months while multiple cases against the US government went abandoned from time and an unresponsive plaintiff from being held hostage by members of the Department of State in conjunction with the FBI possibly the CIA and a host of elitists that own these companies from the greater Los Angeles, New york City, San Francisco Bay Area, and Miami Districts. All of whom plaintiff knows personally. All of whom have ties to parts of Europe where these issues persisted and harassments and thefts continued repeatedly.

## BRIEF SYNAPSIS OF CRIMES COMMITTED AGAINST PLAINTIFF JOHN PATE  AND ADDITIONAL EXPLANATION OF NEED FOR LEGAL AID

Cover-up of jihadist attack in Paris on February 22 2022 while in search of a lawyer for the following reasons:

Over 50 reports to the FBI for various reasons related to occult crimes and other abuses from Organized Crime Members and their associates in the government and in conjunction with members of the Colombo crime family.

All reports go unanswered and UN-investigated through multiple acts of nonfeasance and malfeasance.

Federal Bureau Of Investigations Witness Protection Program and Organized Crime division, Hollywood Society members, Palm Beach Society Members and the Occult all with provably direct links to Plaintiff John Pate through the Mar a Lago club in Palm Beach Florida , Beverly hills, Bel Air and Hollywood community members plaintiff know personally and other provable social and business connections. as well as show proof of the international Indian caste system and their constant tampering in the United States Government to profitteer from American they ,  the globally organized occult and caste system and other monarchic and aristocracies whom committed ongoing crimes on plaintiff John Pate and used United States and European government agents and agencies to

REQUEST FOR LEGAL AID- 7

accomplish these acts illegally while committing gross civil rights crimes on plaintiff personally and other people in his community. This collection of incidents and crimes spans over 2 decades and use of occult based crimes have been frequent. Many of the crimes are on record and includes many facets that have no expiratory of time or statutes of limitation to expire. The crimes also fall into RICO laws and punishment as well as other crimes including treason, high treason and Defrauding the United States of America as well as counts of Forced Labor / Slavery on plaintiff . The collection of complaints to various entities within the United States federal government require a serious lawyer and not the plaintiff John Pate who holds only a 7th grade education from decades of occult crimes from members of the Jewish Colombo Crime Family. Plaintiff can show proof of ongoing international fraud, Racism from Government agents ,treason, high treason, multi-national terrorism, Defrauding of the American government and citizens, Cover-up of a Jihadist attack in Paris as well , along with constant sabotage and other interruptions into an ongoing genocide investigation to crimes against humanity conducted by the global caste system operating illegally  in the United States of America and in other free lands abroad. The institutions and agencies list also contains, the IRS for repeated sabotage of business.  the northern district of California's federal circuit court judge Tse , judge Spero – for corruption and sabotage which set in motionfurther hinder against plaintiffs finances for the

REQUEST FOR LEGAL AID- 8

caste system plaintiff personally has relations with in Los Angeles and Palm Beach which in turn sabotaged plaintiffs patents and industry changing innovations the more recent financial sabotage is in interest  of covering up decades of occult abuse on plaintiff. The sabotage over funding's owed by pate development llc, a shell corporation that plaintiff John Pate did not know he was a partner off and who was in fact supposed to be removed from the Companies papers over a decade prior to the previous court action which was vacated from uncontrollable abandonment due to plaintiff being held hostage in Europe by the Dept. of State and other government parties against his will while a Jihadist attack was covered up and multiple lawsuits against the US government and a organized crime group became abandoned from time. The various other crimes and incidents  also touch the following agencies and persons and most of whom seperate court actions could be filed independently however when working in conjunction  these seperate crimes from all these seperate institutions, agencies, departments of Governmemt and corporations add up to very bad Conspiracy to Defraud the United States Government and Treason on Americans as well as the aforementions crimes and crimes to be mentioned. Also plaintiff is not  alawyer and has very limited knowledge on case study and acces to it from his life circumstances and in truth I would think dozens more statutes can be found with proper investigation into these matters and others which are stemmed.

REQUEST FOR LEGAL AID- 9

**SEPERATE CASES TO BE FILED AS "TAG ALONGS" TO THE**

**MULTIPLE DISTRICT LITIGATION COMMITTEE:**

00)  THE UNITED STATES DEPARTMENT OF JUSTICE,

 WASHINGTON DC USA

00)  FEDERAL BUREAU OF INVESTIGATION; WASHINGTON

 DC USA

00)  REPUBLICAN PARTY; PALM BEACH FLORIDA USA

00)  DEMOCRATIC PARTY; GLENDALE CALIFORNIA USA

00)  DONALD J. TRUMP AND MELANIA TRUMP; FLORIDA

 USA

00)  SECURITY MAIN AT MAR-A-LAGO; FLORIDA USA

00)  THE INTERNAL REVENUE SERVICE;WASHINGTON DC

 USA

00)  THE DEPARTMENT OF STATE; WASHINGTON DC

00)  PATE DEVELOPMENT L.L.C.; FLORIDA USA

00)  JUDGE ARECES  OF THE MIAMI FEDERAL

 COURTHOUSE; FLORIDA USA

00)  THE UNITED STATES PATET AND TRADEMARK OFFICE;
WASHINGTON DC USA

00)  THE UNITED STATES PATENT AND TRADEMARK
OFFICES OMBUDSMAN PROGRAM,  WASHINGTON DC
USA

00)  BERKELEY CALIFORNIA POLICE, CALIFORNIA USA
BERKELEY  POLICE ACCOUNTABILITY BOARD
CALIFORNIA USA

00)  TEQUESTA FLORIDA POLICE; FLORIDA USA

00).  THE NEW YORK CITY'S PROSECUTORS OFFICE, NEW
YORK USA

00)  PAYPAL       : CALIFORNIA USA

00)  THE CENTURION FOUNDATION; NEW YORK USA

00)  PARIS FRANCE POLICE 14TH ARRONDISSEMENT, PARIS
FRANCE

00)   SLOVENIAN  MINISTRY  OF  THE  INTERNAL;MELINA
POSHA LJUBLJANA, SLOVENIA

00)  LJUBLJANA POLICE, SLOVENIA; LJUBLJANA SLOVENIA

00)  THE PALM BEACH COUNTY SHERIFFS OFFICE;
FLORIDA USA

00)   RIEKIA KROATIA.POLICE DEPARTMENT ,

00)   INTERPOL

00).  ELON MUSK TESLA AND SPACE-X THEFT OF WRITINGS
        THEFT OF PATENTS AND  INNOVATIONS.
        DEFRAUDING THE UNITED STATES OF AMERICA

00)   MICROSOFT CORP SABOTAGE OF MULTIPLE EMAILS
        WITH COURT AND OTHER  LEGAL   PROOF.  EMAIL,
        SABOTAGE OF ONEDRIVE, SABOTAGE OF WEBSITE

00)   META SABOTAGE OF BUSINESS BY MEMBERS OF THE
        HOLLYWOOD  PAOLO  ALTO  ELITISTS  SABOTAGE
        OF COMMUNICATION SABOTAGE OF BUSINESS.

00)   NEW FOLD DIGITAL ONLINE FRAUD REPEATED

00)   ALPHABET CORP EMAIL FRAUD DELETION OF EMAIL
        ACCOUNTS AND OTHER    NEEDED  RECORDS  WITH,
        ESPIONAGE, DEFRAUD OF UNITED STATES

00)   SLOVENIAN  STEEL  METALICO  MARIBOR  SLOVENIA
        THEFT OF IP , DEFRAUD THE     UNITED    STATES
        OF AMERICA

00)   KRESTOR INDUSTRIES WOLFSBERG AUSTRIA,
        CONSPIRACY TO DEFRAUD TH   EUNITED    STATES

REQUEST FOR LEGAL AID- 12

GOVERNMENT, CONSPIRACY TO COMMIT CONDITIONS OF FORCED LABOR / SLAVERY ON PLAINTIFF WITH CO-CONSPIRATORS

00) CENTRAL INTELLIGENCE AGENCY CONRAD HILTON SPACEX CIA – ESPIONAGE CORPORATE , CONSPIRACY TO   DEFRAUD THE UNITED STATES AND CITIZENS.

00) PARIS HILTON SPACE X CONSPIRACY TO DEFRAUD THE UNITED STATES,      CONSPIRACY TO CAUSE FORCED   LABOR/ SLAVERY

00) TOM FALCO PAOLO ALTO CALIFORNIA, ORGANIZED STALKING AND HARRASEMENT, CORPORATE ESPIONAGE , CONSPIRACY TO DEFRAUD THE UNITED STATES OF AMERICA.

00) LUCCA GAUCHE CULVER CITY CALIFORN WORKER OF CONRAD HILTON , WORKED WITH PLAINTIFF.

00 OFFICE OF THE INSPECTOR GENERAL FAILURE TO INVESTIGAT MULTIPLE      COMPLAINTS TO TH EFBI

THE DEPARTMENT OF STATE AND THE

DEPARTMENT OF JUSTICE.

00)   FLORIDA STATE ATTORNEY OFFICE     FAILURE TO

ACT, MALFEASANCE ,       CONSPIRACY TO COMMIT

FRAUD AGAINST       THE UNITED STATES ,

## 01).DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATIONS

MALFEASANCE-NONFEASANCE

failure to discharge a mandatory duty by a government official over

50 provable reports to the FBI and other law enforcement agents and agencies

under the United States Government for various claims related to corruption in the

government and in conjunction with members of the Colombo crime family and

other organized crime groups and the occult.

IC3.Gov  over  10  complaints  of  fraud  go  unanswered,  over  20

telephone calls go un-investigated and personal reports in the lobby of the federal

"British redcoat" buildings here in the united states of America in south Florida

and Los Angeles locations

All of these reports go unanswered and UN-investigated by all the racist bigot women working in our government that all my issues seem to lead to over and over. Along with the hindis, jews and other caste system indies peoples that are now in control of British Parliament, the Vatican, the city of london, switzerland and france as well as the american department of justice , the masonic society that answer to the king of England and every other caste system loser that can get their women into our government.

Failure to investigate ongoing stalking and harassment from members of the Italian but all are Jewish (or some other indies origin person) mafia on Staten Island including the Datello Mansueto , Sarracino , Delorenzo, Lungombardi, Scarpanito, Devanza, Bilotti, Garufallo, Pizzolato, jioia, lafortee , covello , tranchina , emmett,  eddy yakubovic , members of the Caste of the Sopranos and other East Coast Based film companies and their talent staff.  I have been reporting these members of he Colombo Crime family and their associates that committed crime on me for over a decade. Most have Italian last names but are mixed with very racist Indians, some call themselves turks others Saudis, others Israeli others Moroccan and others Hindi but their all decedents of the indies committing genocide and calling it organized crime.

REQUEST FOR LEGAL AID- 15

my first interactions with members of the FBI were when i was about ten years old and my home was being raided due to my biological families membership in the Colombo crime family operating out of Staten Island new york city. since then ive had nothing but serious problems in my life from my own family whom have joined the witness protection program with all the other intermixed indies people that are in their so called European Mafia here in the USA. these members of the deep state that plaintiffs biological family sells drugs with and commits other crimes against Americans with, have been allowing these mafia members to continue their assaults on his life due to protecting these repeatedly from arrest and criminal prosecution or civil prosecution.

Now the theft has gone from minor in consideration of my financial capacities, to major where as the worth has increased from only hundreds of millions of dollars lost and stolen from the previous thefts and business sabotage to trillions per year from the hundreds of energy devices, environmental cleanup devices, aeronautic designs which encompass stability shapes for dirigibles and super heated noble gas technologies for dirigible systems. Superheated Noble Gas launch platforms for extra terrestrial and low orbit satellite systems and other applications. The launch platforms reduce the fuel burned in the everglades and other parts of the earth where launches happen  that destroy more of our American

REQUEST FOR LEGAL AID- 16

preserves and natural habitat than is necessary.  These scientific systems i have created including dehydration recondensation systems for dessert water systems that desalinize the sea water using the sun and hundreds of other inventions that have been stolen or simply suppressed.

**Sabotage / harassment organized stalking and harassment / treason/ multinational terrorism** on an American citizen born and raised in New York City . Plaintiff has filed numerous reports in the past detailing crimes being committed by occult an dmafia members repeatedly. Besides the reports it seems now the members of the Federal Government that protect these criminal orgnaization members have now taken it up themselves to profit from plaintiff with members of the Californian Elitists. The same group that is being propelled by Google and Alphabet to Caste System Heights by use of our Tax dollars and corrupted trade deals..

## <u>TENTH AMENDMENT</u>

*"The powers not delegated to the United States by the constitution, nor prohibited to it by the States, are reserved to the States respectively, or to the people."*

**Repeated interruptions regarding investigations into genocide;**

REQUEST FOR LEGAL AID- 17

on freedom and free nations by members of foreign origin since the Great Stock Market Crash in the 1920's. [-insert classified doc numbers-] Wherein shortly after, America was somehow indebted to the British and other Foreign Governments in a country that generates more money than any other on earth. If they are funding a sub-government from an origination within US taxpayer treasuries, National Banks, State Trusts and like authorities which house large sums of Precious Metals, Geodesic Materials, Other Materials of Extreme Worth and Value and which most seem to have been ceased of function starting just after World War Two (2).  Then it would seem reasonable to think that the War assets administration and the War surplus Administration did sell off our country after WW2 through corrupt sales of our steel industry, airports and loss of a real high speed passenger train system across the united states to keep the country together.

By  destroying our industry and economy and constant use of horrible practices on the environment and the absolute worst methods of manufacturing possible on earth at times, and hundreds of other namable offenses to our society as free persons, coupled with the complete assault of Caste system foreign corporations taking root throughout North America and concentrated primarily in Canada and now The United States of America, whom has been assaulting Americans repeatedly by these groups jointly and in conspiratorial fashion by

REQUEST FOR LEGAL AID- 18

imposing their Caste System Ideals through out corporations in North America , numbering in the thousands, and who implement mentioned attributes into our society illegally through such avenues as policy, by-law, standards, and numerous other methods where in isolation each would be considered harmless or simply bad taste or criminal accounts or thoughtlessness. However when compounded and collectively counted it seem many of these legal acts or slight to moderate infractions of our laws now have become  presumably illegal acts. An example of some believed to exist by plaintiff is staging trials repeatedly to change law over time. Where in both parties and the Judge are privy to the scheme beforehand . These past ideas are some of the Genocide investigations that have been sabotaged on plaintiff.

### Sabotage / harassment organized stalking and harassment / treason/ multinational terrorism

Direct and provable links to Tom Falco and his group in Paolo Alto in the State of California in co-operation with the Scientologist caste system and the Masonic caste system both answering to foreign royalties in Europe. whom have been spying on me through electronic and interpersonal relations since I used their WiFi connection originaly in FireHouse Art studios in Berkeley California.. This group has strong ties to meta in Paolo alto who sabotaged my business repeatedly and failed to investigate hacking repeatedly along with the FBI. and Elon musk

REQUEST FOR LEGAL AID- 19

Who Uses my writing that have been stolen to propetuate his own social image along with entire industries and knowing whats needed in the near future with space mining and gathering inside the solar system and how their entire plan of colonizing Mars changed to inside the earths orbit for more energy and heat from the sun as well as it being safer than outside the earths orbit for rescue operations if an emergency took place. Also my writings on the tablet you get inside one of their pods instead of thruster controls and a steering interface. These are unprovable at this point however this is a real problem for plaintiff and people who are anti caste system and governments such as the United States where this behavior is highly illegal. .

Plaintiff had personal relations with a Lucca gauche in Los Angeles whom is believed to receive money from Conrad Hilton for their joint espionage on what they consider "the opposition", being plaintiff who is an American since birth.

In addition to the series of 18 Power generator designs where the magnet and coil assembly are levitating by use of other magnets below them and located in a chamber systems or housings.  These designs were stolen from plaintiff. The power generators are all levitated on magnetics and float with almost zero resistance and a unit the size of a large commercial microwave can power a 2

REQUEST FOR LEGAL AID- 20

bedroom home and recharge an E-vehicle at night. Many of my aeronautic designs are being stolen by these groups, plaintiff was a victim of theft by  when his  "one drive" and Laptop were completely hacked after complaints  about American Law enforcement continuously protecting certain members of the Witness Protection program were reported.

Also Military applications for shutter wing systems that make the jets hop and barrel roll very effectively as  well  as  vertical  and  horizontal "loop" maneuvers or combination there of have been stolen and reports were refused by members of the Department of States European Consulate community.  While the ongoing financial fraud and occult tactics used by my biological mixed family on plaintiff John Pate since  birth  has  left  him  incapacitated  financially  for  years coupled with the repeated inactive response from American Law Enforcement , the American Bar Association and the American Judiciary that these complete losers can get away with committing these crimes on an American citizen born in New York City when it was great.

Other military applications are undersea ballistic rounds, the ballistic is shaped as a hollow pipe segment  and is ejected off the electromagnetic barrel which spins the ballistic  so it cuts strait through the water. The initial shots are less

REQUEST FOR LEGAL AID- 21

distant but a vortex is created from the rapid fire which increases speed and distance on following ballistics as a drafting effect is suspended through the fluid when used in fully automatic mode.

High Speed and High Altitude Super Heated Noble Gas Dirigible technologies and other aeronautic designs such as stability shape sciences for AeroYachts are being stolen by these same caste system operatives working illegally in United States and European Governments. And taking said entire industries and using the money against my fellow Americans and other free people for Caste System Interests some of whom, that recently inherited their "royal" seats they fart in, are in reality opportunists from potentially what seems to be apparent murder and genocide since circa 1920 AD and in which seems to have been a root intention of the Indian nationalists in question, foreign elitists including Jews, Zionists along with real life examples everywhere of "The Protocols of the Wise men of Zion" all residing here in America. A possible real manifest of control and power the Indian Nationalists swore was not theirs or what they intended and which helped spark World War 2 where Americans were forced to fight their families in war for years. Here is another example of investigatory materials that have not been fulfilled due to lack of finance from intentional sabotage repeatedly.

REQUEST FOR LEGAL AID- 22

These are other investigations that have been interrupted repeatedly by members of various caste systems working in conjunction and against Americans and other Anti Caste System based nations globally whom seem to use American Military to have staged wars wherein everyone wins except Americans, over and over again, since the great depression.

Investigations into the Stock market crash of 1929 have been halted. Discovery of how a mercantile exchange which crashed in New York City was terrible enough to level the entire country financially. A large part misunderstood could be considered questions such as,

" How would it destroy the country if it was not a sabotage by foreign interests working in conspiratorial fashion?"

"Where did the Gold and other precious metal and materials of Value and Worth go to that they were not in the country to cause bankruptcy everywhere?"

"Who gave permission for foreign entities to trade as such in The United States Market if these are proven to be accurate assumptions? "

REQUEST FOR LEGAL AID- 23

"If questions prior hold uncomfortable revelations?"

These are some of the Questions Plaintiff would be addressing to Masonic , Scientologist and Lion members of the US government along with the French Afro-indie caste system associates but am unable to, due to financial constraints which have been placed on Plaintiff illegally through the course of two (2) decades of occult based crimes on plaintiff John Pate. Which the US government up until now has with vehement relentlessness refused to investigate.

### 00).THE DEPARTMENT OF STATE

-over 3 dozen occurrences of complaints of being assaulted by members of organized crime in Europe and th eUnited States as hundreds of patents of plaintiff john pate were never made.

The complaints in regards to the Department of State range in various forms as well and contain dozens of counts of malfeasance and nonfeasance by a government official in regards to cover-up of a jihadist attack in Paris on February 22 2022 by the Parisian consulate, the consulate in Milan and the consulate in Brussels Belgium as well as hostage taking by the American consulate in Brussels Belgium.

REQUEST FOR LEGAL AID- 24

**00). Department of State**

**Nonfeasance / Malfeasance ;**

**Failure to discharge a mandatory duty by a government official /**

**Failure to attend to protocol by a government entity:**

Department of State

The complaints in regards to the Department of State range in various forms as well and contain dozens of counts of malfeasance and nonfeasance by a government official in regards to cover-up of a jihadist attack in Paris on February 22 2022 by the Parisian consulate, the consulate in Milan and the consulate in Brussels Belgium as well as hostage taking by the American consulate in Brussels Belgium.

In regard to investigations of multi-national terrorism and ongoing stalking and harassment by the caste system operating in Paris France . The police and the Consulate in Paris both did absolutely nothing over the course of years reporting crimes being committed on plaintiff.

Also  the Consulate of  Barcelona Spain committed the same crimes for cover-up of ongoing stalking, harassment and violence by members of organized crime being protected by the American federal governments witness

REQUEST FOR LEGAL AID- 25

protection program. Mr. Pate was attacked repeatedly after giving a video depostion to the Miami Courthouse about criminal acts in conjunction with Hawk Biometric of Canada.

Conspiracy to defraud the United States Government.  Refusal to take reports of online fraud, theft and destruction of patents can only be seen as intentional after so many years and now a Jihadist attack and other acts of violence on record and on video.

## THE NORTHERN DISTRICT OF CALIFORNIA'S FEDERAL CIRCUIT COURT JUDGE TSE , JUDGE SPERO

For aiding, hopefully with negligence only , corporate sabotage,  and sabotage to hinder again patents and inventions created by plaintiff unknowingly sabotage a genocide investigation by vacating a case over funding's owed by pate development llc. Mr Pate has repetdly had products and inventions based on using ambient energies to achieve function and energy equipment designs corrupted by respondintent ongoing racism on plaintiff. The ongoing financial peril of plaintiff can be directly and provably liked to respondents in this particular court action. The confusing part is how it was vacated after I the motion to dismiss the motion to vacate where the respondents purgered them selves multiple times. Plaintiff was

REQUEST FOR LEGAL AID- 26

unable to come up with financing to pay for costs associated with continuing the process and hiring private investigators to pull these records and was always refused aid from legal services. In plaintiffs perspective a grave error was made here.

Respondents of this action are also members of the Mar a Lago club in Palm Beach Florida where they are presumably protected by members of said social club and spa.

Southern District of Florida Federal Court

Judge areces – Plaintiff I uncertainty this federal judge was negligent or if possibly he had contact and was prepped with misinformation in regards to plaintiff John Pate. Plaintiff could use a trained investigator with funding the incidents in court did not make sense and the vacating of the action was with propper authority however again another US Judge was informed of the ongoing problems and crimes form members of this organized crime group and plaintiff was still refused Legal Assistance after he was refused in the local legal aid office where a big Indian guy tod me I did not qualify even though im was homeless and without resources. Plaintiff explained tis and was still denied. Plaintiff was also repremanded by the Judge for starting an argument in the anit chamber but it was in fact the respondents ex wife taking pictures of plaintiff and arguing with bailiff

REQUEST FOR LEGAL AID- 27

about putting her camera away that was the incident, this was after the respondents family member started a verbal altercation and the bailiff had to speak to them. How plaintiff was repremanded for that incidednt is more proof of Indians and Indies origin people commititng gross racism on plaintiff and using government office to acomplish these crimes without any reprocussions.

These actionas further stopped Mr. Pate from investigating additional members of this group who have connections in

**THE CENTURION FOUNDATION-** conspiring with the Colombo crime family through Herbert Weissman and frank Gerrardi.

### Berkeley California police department I

Also believed to be involved by plaintiff in the cover-up of the jihadist attack and hostage taking are the Tequesta Florida police and the Village of Tequesta whom are also guilty with proof of conspiring with members of the Colombo crime family. These cases were vacated while Plaintiff was being held hostage in Brussels by the DEPARTMENT OF STATE and the DEPARTMENT OF JUSTICE and can be proven with malice by these racists and bigot women in the united stated federal government that keep targeting plaintiff and his inventions

REQUEST FOR LEGAL AID- 28

and manufacturing processes and shipping all our and my industry to Mexico , Central America , South America and any caste system Indian run community they are from and all of whom seem to be caste system governments and communities

The problems Mr. Pate receives fro millegal acts upon him usually ends up with some type of person in government with Indies origin of some kind and claiming to be European and most are women.  This ongoing racism and bigotry plaintiff has endured since he is a child from his own intermixed family and their government protection has made plaintiff a racist to certain groups of people. Mr. Pate is from New York City an dwas born in the 1970's, for an American who grew up in the Citys America it is not normal. Our group are the ones to innitiate the Civil War which freed the slaves before my family was in this country.

for the French Afro Indian caste system as well as Donald j Trump's security team for sabotage and corruption in conjunction with European caste system members and American organized crime mostly being committed by racist bigot women operating in these positions. other cross complaints may be filed depending on levels of provable crimes from various departments of government and their employees and contractors. .This complaint is part of a series of ongoing crimes being committed by members of the Masonic occult, the Scientology occult, the

REQUEST FOR LEGAL AID- 29

Lions occult, the Colombo Jewish crime family, and members of the United States Government working in conjunction and over the past 2 decades using occult tactics and other crimes on Plaintiff John Pate.  Plaintiff has personal and business ties to all parties listed in this complaint and all parties listed to join. Plaintiff has sought remedy, however due to his lack of education and the fact that he is homeless from over a decade of occult tactic with minimal resources the Government has in the past used this against him finding justice and their lack of actions perpetuate ongoing crimes by members of organized crime and the occult. Besides that plaintiff has had to relocate numerous times from violence and other crimes committed on plaintiff while he had fled the USA and was seeking refuge in Europe's Social system from decades of crimes being committed on him. The brief synapses of events and people involved to follow are crimes committed to plaintiff John Pate and will be petition to move to the Multi District Litigation court due to the vast area this case covers here in the United States of America and in several European countries.


**00).DONALD J. TRUMP AND MELANIA TRUMP**

   For conspiring with practices of stalking and sabotage of hundreds of patents of plaintiff john pate of united states and European Union economies

REQUEST FOR LEGAL AID- 30

through conspiracy espionage and blatant sabotage of 6 Patents under review at the Intelectual Property Office in Ljubljana Slovenia.

The Sabotage and corruption the Trump family is believed by plaintiff to be a part of also entails tampering with articles located at the United States Patent And Trademark Office as well as in The Slovenian Intellectual Property Office in Ljubljana Slovenia. Where it is believed that the Trump family is involved in corrupt actions which led to more abandonment of his patents, more confusion in the process of patent and product development, one patent in particular is a portable UVC sterilization unit and anti-pathogyn device using photovoltaic and motion sensor technologies. The unit was entered into the office and due to plaintiffs lack of ability to use public library computers from harassment from Scientologist, Masons, Colombo Family and Lions , oh my. Along with their community members in government jobs were actually able to have him harassed repeatedly even from library workers! This all happened in Weirdville California on record while investigating law for the Tequesta police lawsuit and for action plaintiff filed against the Pate Development corporation for multiple types of fraud and racism.

These events happened just before plaintiff returned to Paris France in search of Legal Assistance for the action against Pate Development being vacated and is a few weeks prior to a Jihadist attack taking place on plaintiff on February

REQUEST FOR LEGAL AID- 31

22 2022 on Boulevard San Michele in Paris France. Where plaintiff was targeted by multiple men with covid masks on whom suddenly emerged from a halal kebab shop yelling ally akbar , lifting their masks spitting on plaintiff and hitting him in his chest.  Plaintiff tried to keep moving but the retarded scumbags kept following him an aggressively initiating  more violence. Due to the 3 members not being able to recruit more of their people in the assault and intervention from two french men the attack finally ceased 200 yards from where it began through Blvd San Michele.

The incident was reported to the french military , and the police in den haag , the records of the reports sit in the tribunal in Metz France which is the only authority that took plaintiff seriously in all of west Europe due to everyone being held hostage by terrorist refugees.

Multiple reports were placed in the police in Paris Frances 14th Arrondissement on boulevard du Maine through the past sever years while plaintiff was residing in Paris France as an artist.


and these actions have been repeated from these same types of women in government and whom is believed by plaintiff to be relation to other members of foreign staff employed at the Mar a Lago club whom plaintiff interacted with over a decade ago when he frequented the former Post Home. The

REQUEST FOR LEGAL AID- 32

patents locate din the Slovenian Office are in the process of being released to the public after more default from the plaintiff due to overwhelming sabotage of electronics and other means of communication in regards to financial earning capacities.   Plaintiff is uncertain if Ex President Donald J Trump is aware of previous incidents or if these actions are in sublime. However with overwhelming evidence of the same types of people involved negatively in plaintiffs life for so long it is presumable that the Trump family may be involved in these ongoing incidents and cover-ups with the members of the Hollywood elite that corralled me into their lives a decade ago and whom are believed to be part of these ongoing crimes due to multiple provable reasons including multiple telephone calls to hos facilities speaking about being held in Europe and other crimes being committed on me.  His failure to respond and his connections with these same celebrities and occult members that have been using terrible occult tactics on Plaintif f for over a decade put serious questions on the table that thus far Donald Trump whom John Pate knows personally has been avoiding with vigor while presumable being part of this King Baby squad in all sides of American politics and celebrity and conspiring with events which caused multiple counts of Defrauding the United States Government and people, weather unknowing or knowing and the gravity of these incidents is of such a tragic nature that their can be no winner except the ones who thrive on misery.

REQUEST FOR LEGAL AID- 33

1
2
3
**00).REPUBLICAN POLITICAL PARTY–**

4
5          Plaintiff has met and associated with members of the Republican
6
7  Party  through membership at the prestigious club Mar- A - Lago in palm beach
8  Florida. Where he has had prior interactions with staff members. Mr Pate has also
9  had interactions with the security personnel  and other united states security
10 companies since he was a young child. During which time his grandfathers friends
11 Ronald Reagan and George Bush senior would visit  him at his catering and events
12 venue on staten island in New York City.   Plaintiff has had ongoingcontact since
13
14 that age from surveillance and other events due to his biological father Robert A
15 Pate and biological Uncle John R Pates role in the Colombo family and Colombo
16
17 War in 1992 where after the war they ran to the Witness Protection Program and it
18 is believed they have been informants and "re-Ratters" for the feds whom sell
19
20 narcotics  and  commit  other  untaxed  acts  illegally  and  in  doing  so  compile
21 Defrauding the United States Government repeatedly along with the various other
22 crimes being committed on Plaintiff personally.
23
24
25          **00).SECURITY MAIN @ MAR-A-LAGO,-**

26          **Obstruction  of  Justice  /  Treason  /Conspiracy  to  Defraud  the**
27
28 **United States of America:**

REQUEST FOR LEGAL AID- 34

Failure to relay messages for 4 years to Donald J Trump in regards to a Jihadist attack and other crimes being committed on plaintiff by these caste system members operating illegally in government. With evidence of crimes.

During Mr. Pates time living in Europe both of free will and against his will at times, plaintiff had left multiple messages for Donald J. Trump and have recently attempted to contact him since Plaintiffs return to the United States to file these actions.

For blatant disregard of an American Citizens well being after contacting so many avenues for aid in these very difficult times, for sabotage on Environmental soundness through sabotage of patents and devices for environmental cleanup, ocean cleanup and a multitude of designs where a standard coil power generator is levitated on magnets and produces over 3:1 electricity out to in and where 18 variations of this invention were stolen , it is obvious this group is heavily involved in the conspiracy to keep these obsolete gas pig and fracking companies profiteering and keep Americans on a financial leash and on the brink of being snuffed out as a free society,  for the Global Caste System.

The repeated refusal to contact Donald or to return my messages themselves to the proper authorities shows true signs of treason. Mr pate is also wondering if the Estonian couple that were servers at Mar a Lago around the year

REQUEST FOR LEGAL AID- 35

2009  are perhapse in the Security team somehow after repeated theft from the two. However Mr Pate has no way to verify whats going on since hes been excommunicated and forced into homelessness by this Occult and the occult tactics used on plaintiff John Pate repeatedly.

Karlsruhe Germany

Repeated harassment from police

Harassment from social workers for aid

Illegal issuance of a crime  of finance by Stusgardt Police

Ties to berkeley california where many residents are members of the aforementioned occults and ties to these same Zionists in America.`

Plaintiff was residing n KarlsRuhe Germany during Donald Trumps Election where he contacted Donald Trumps Staff at his ex club Mar A Lago. Plaintiff repeated and called several times as well as Emailed the Mar A Lago club asking them to relay the messages to Danald Trump.

Donnald Trumps team should have gave him the messages for years now. It is believed they already knew what was going on with plaintiffs life in Europe.

**00)THE INTERNAL REVENUE SERVICE-**

for repeated sabotage of personal business and a multi trillion dollar annual industry and aiding of a hostage situation on an American citizen during a

REQUEST FOR LEGAL AID- 36

jihadist attack cover-up where plaintiff was forced to pay a small sum of money to return to the USA while the government knew plaintiffs financial situation and used it to avoid court through technicalities.

The I.R.S. then took it upon itself once the small ammount was gathered after months my plaintiff asking people for money homeless in Brussels, the I.R.S. informed the Department of State that I was unable to fly home due to a balance of money I never even knew about consisting of 24,000 dollars that still needs to be disputed but plaintiff is dealing with many many other crimes at the moment and has not had time to file the dispute after being homeless for the past 14 years from the same exact incident , a foreclosure on his home that the FEDS say he somehow owes money on. Which when investigated is certain its going to have some racist woman making racist decisions for free peoples lives.  The I.R.S employees understood their was a Jihad attack on plaintiff and insisted I could not fly to the USA.   After which when I was in another country they claimed I have not paid . Plaintiff gave proof of payment from his bank statemen to the consulate in Iceland to show the Icelandic Consulate staff they were in fact up to tricky tricks and they were lying and these Department of State people use every dirty trick on a homeless person.

REQUEST FOR LEGAL AID- 37

## ).BERKELEY CALIFORNIA POLICE DEPARTMENT

### City of Berkeley, Allameda County California

-involved in the cover-up of the jihadist attack and hostage taking , for failure to contact the proper authorities in palm beach , negligence, gross negligence and other provable claims as well as fraudulent and unwanted polica accountability hearing that plaintiff was against participating in and was held in such a fashion that can be deemed ridiculous and outlandish behavior at best  by the manner in which it was enacted and executed.

After contacting the Berkeley police after a very difficult and emotionally and physically upsetting time being held hostage in Europe, plaintiff contacted the  Berkeley Police as instructed By officer Z Zed from the West Palm Beach Police Department when plaintiff telephoned them from Marseille France in regards to another attack and filming of the attack by an assailant in Marseilles France where the perpetrator was filming plaintiff while he was attacking plaintiff and telling plaintiff "he needed to return to his family in the United States" and his sexually obsessed Jewish organized crime biological family members.

The Department of State and the Department of Justice refused to take the reports from the Marseilles France Police and refused again to investigate citizens of Palm Beach County Florida USA again. At this point plaintiff was forced to gather money together to get to the USA to seek remedy for these serious

REQUEST FOR LEGAL AID- 38

issues America has spilling into Europe and which infects its own homeland with as well.

The meeting with Officer Driscol lasted just over 2 minutes , it was located on the steps of the Berkeley Police Station in the City of Berkeley California.   Officer Driscol would not take a written report , he would not investigate further and he refused to take an actual report and give the report to th eWest Palm Beach Police Department as instructed by Detective JohnSon when he was contacted by Mr. Pate from Marseille france.

Mr Pate then proceded to ask to speak to officer driscols supervisor or another Police officer and was then forced into a police accountability hearing otherwise the attacks would have been completely ignored.  I asked multiple tiems to speak to a suepvisor bu twas refused and left with just the option of a Police accountability hearing that was online and I was unable to attend . So after months of getting everything together to get back to the USA again to report these crimes they were not reported again and it is believed Officer Driscol has ties as most of these police do to the Masonic Occult who answers to the King of Britain whom again is a Jew cross-mixed from the Indies.

**THE UNITED STATED PATENT AND TRADEMARK OFFICE** /

REQUEST FOR LEGAL AID- 39

# THE UNITED STATES PATENT AND TRADEMARK OFFICES -

# OMBUDSMAN PROGRAM-

**The United Stated Patent Office And Ombudsman**

Service for negligence and sabotage of American industry. intentional

Sabotage of an American citizen ,

Sabotage of the American economy,

Negligence.

From an unresponsive staff that plaintiff entrusted with sensitive information on redirecting industry with submittal for protection of various Intellectual Property devised and created by Plaintiff John Pate. Where as an example of one innovation aspect into the content, detailed facts and points of entire industry and clarified unknown facts of "Air wedging" where dynamics of a concave roof or   a peripheral comprising up columns with flat tops force the dirigible or balloon to self level by constant pressure from the opposite flat top and point of most resistance. These are some of the hundreds of inventions, designs, patents, manufacturing processes, designs in chemical soaps,  designs for bamboo in bamboo rods , universal wall systems, piezoelectric gels ,  and architectural as well as manufacturing and utility designs for multi use excavation and mining equipment, robotics parts and pivotal points of the construct of these assemblies

REQUEST FOR LEGAL AID- 40

are being stolen by these people as well as power coils that levitate on magnets and produce well over 3:1 power out to in (with a standard electric engine or the like) by reducing the friction of the upright coil and magnet power generation module and where if using natural sources a small stream can power a 2 ton coil every 100 to 200 feet depending on force of the stream. A set of small wind cups can turn a coil the size of a wind farm coil without all the tremendous windmill apparatus at hundreds of feet tall or solar fields as far as the eye can see. Other designs for hollow circuits and wiring where the inside has dip points to create a situation where loss is reabsorbed inside the current in a seperate current or vacuole which reduces loss of power by free electrons and the electromagnetic field. That being said as a point of outside thinking with factual realism might I point  out for clarity of plaintiffs mental capacity some of his current original theories from the past decade , here are but a few of hundreds or thousands of original thoughts:

Jupiter's ruptured surface being the cause of the Great Storm of Jupiter and theories of the cause being a moon colliding with another moon then crashing into Jupiter to cause the fracture in the mantle , or possibly a blowout from an underground ignition of hydrogen , perhaps the debris fields in the forward and aft gravitational wakes are from inside Jupiter. Perhaps that's why theirs so many odd debris shaped satellites of Jupiter in orbit as moons.  These are other Works of plaintiffs stolen by these people and protected  by my own government.

REQUEST FOR LEGAL AID- 41

The earths outer core is most likely comprised of mercury and low melting point metals such as bismuth.  During formation the liquids, liquid metals low melting point metals would seep through the larger pieces of debris that began the initial snowball effect of forming this planet and cling to the source of most gravity which would be the largest or most dense piece of matter unless effected by an additional source which then the liquid may gather or disperse from one example of an additional force would be a load stone or other magnetic field which would cause the material to react . However if conditions are only or primarily effected by gravity then odds are the liquid metals would form the outer core. This would obviously depend on the planet and initial composition and situation of materials in whatever part of space each formation of planet occurs. So, that being said, if not here with this planetary composition on this planet then most likely on one in a more mercury rich part of space where and when other planetary formations occur.

Dissertation on black holes being returns for a gravitational circulatory system and the black holes forming with such incredible pressure a quantum slipstream finds the path of least resistance back to an exit and then is spills out in a jet-stream much like that of a crickets open circulatory system.

These are some of the  brilliant works that  comprise larger bodys of works all being used by these members of Caste System against Americans and

REQUEST FOR LEGAL AID- 42

other anti caste system countries by hurting an American such as plaintiff.  These works have been placed inside this request for legal aid to record and show plaintiffs very expansive thought and understanding of life. It is believed that the thieves are even attaining  research funding in Grant and Loan forms from my work and innovative thinking without even giving me so much as a mention.  And where its financial fraud for already knowing the answers to funding for research requests of known material from theft as well as organized stalking and other occult based crimes and acts of forced labor/slavery  have been placed upon plaintiff by means of constant theft coupled with financial fraud to keep plaintiff homeless and without recourse for thousands of occult crimes done to him. This ongoing cycle has caused a slavery effect from these American Elitists plaintiff has named and knows personally or their people personally

  "It Like Gulag . Good for character."

Plaintiff has even heard writing of his about Mark Zuckerberg being repeated on a pod cast by members of this group who claim industrial and commerce leadership in our society, people who claim to be men of science seem to be only good at stealing from real men of science and innovation. The individual left out the part about learning Klingon, and yelling at him in Klingon before beating him up in Paolo Alto. But almost verbatim never the less. This part is unprovable at the moment and plaintiff understands this is hearsay however with

REQUEST FOR LEGAL AID- 43

just the slightest help from law enforcement or a prosecutor there is so much blatant evidence to put these caste system members behind bars for so many illegal acts to Americans and other free societies and their citizens and tons of proof of crime committed on plaintiff.

Plaintiffs works on the Cons of martian colonization as opposed to colonization inside of the earths orbit in relation to harvesting energy, light, gravity and heat from the sun as well as using a vast amount of vegetation and veg edibles for life support systems and Yeast beds for carbon dioxide. Plaintiffs analysis also involved safety factors for rescue if problems were to arise in the colony and the likely-hood of anyone on mars surviving in relation to a rescue for a colony or space city inside earths orbit. The paper also covered myth and lure and the possible discovery of old mining facilities underground or, the even scarier, currently active mines. Space welding shop designs have been stolen and countless other real life practical ways of achieving space mining and material gathering even safety devices , pressurized swim chambers with scuba equipment to fight atrophy was another innovation and part of my own space mining business model that has been stolen by these same people from Mar a Lago and their associates in California.

REQUEST FOR LEGAL AID- 44

Sabotage of American industry and plaintiff personally with intent and malice, refusal to take reports of online fraud and theft and destruction of patents and other intellectual property including weapons designs for undersea High Powered Fully Automatic Electro Magnetic Gun Systems where the projectile is shaped as a hollow pipe segment and spins with electro magnetism or powder actuation or a compilation of both through the water , other weapons and ships basic designs and direction of naval fleet have been stolen from me by Microsoft corporation including the basic shapes and attributes of a submersible battleship for fully automatic shellings with dum dum and smart shelling systems. and yet other systems. These weapons and innovations are not mass destruction types of weapons but they are innovative and surprising and the fact that our enemies have been stealing material like this from me even just the idea that it sparks additional ideas in their brains is horrific. My grandfather was at Normandy Beach 1st wave.

The UV-C sanitary device should have been given a grant due to Covid initiating at the same time and it was ignored even after members of the Ombudsman program and multiple members of the patent office were informed by plaintiff of that invention and other inventions  Plaintiff believes these people were directed to avoid giving plaintiff proper service and attention even though he

REQUEST FOR LEGAL AID- 45

described his homeless situation to multiple members of staff at the Ombudsman and at the Patent off ice.

Plaintiff was confronted as well on several occasions where his call to customer service was answered by young people at their homes during Covid lock-down.

If it were not for plaintiffs occult family and the members of the government and the organized crime people protect them, plaintiff would be a Nobel Prize recipient by now for all his work, especially without any formal education. But instead is homeless from his Jew mothers hatred for him since birth and her Jewish people in government that protect her.

Due to no response from the government for over a decade plaintiff life was in such terrible disarray fromongoing occult crimes,that the simple process of patenting a basic electronic device became impossible from lack of material and access to material needed for the process. These actions cost America.

**THE STATE OF FLORIDA**

**HARBORING MEMBERS OF ORGANIZED CRIME**

**Defrauding the United States Government**

**Financial Fraud, Conpiracy to commit**

REQUEST FOR LEGAL AID- 46

**Failure To Investigate Ongoing Occult Crimes, Malfeasance**

**THE VILLAGE OF TEQUESTA**

**00).THE TEQUESTA FLORIDA POLICE -**

whom are also guilty with proof of conspiring with members of the Colombo crime family from Staten Island new york city –

gross violation of civil rights and human rights ,

false arrest and blatant disregard of basic protocol of a domestic call between plaintiff and his biological father a member of the Colombo Crime family , a Jewish syndicate. The cases was vacated while Plaintiff was being held hostage in Brussels by the Department of State and the Department of Justice and plaintiff would hopefully be able to begin the process of refiling due to the severity of crimes committed on plaintiff including a Jihadist attack and 2 years of Covid Lock-down.

The Tequesta Police were supposed to remove Robert A Pate from plaintiffs property however they chose to arrest John Pate on his own property hours after the EMS reported plaintiff telling Robert Pate to leave his property. Robert A Pate is a member of the Colombo Family but has always kept many friends and associates in Law Enforcement in South Florida. Due to actions of

REQUEST FOR LEGAL AID- 47

conspiracy with organized crime figures plaintiff was seeking a small amount of restitution in consideration for the amount of additional problems plaintiff received with a violent domestic charge on his record. Plaintiff had lost many jobs from that appearing on his record from his biological father and being set up again by these people.

### 22).PALM BEACH COUNTY SHERIFFS OFFICE;

negligence and unresponsive of ongoing occult and mafia crimes by female members of this agency. multiple reports filed on record to 311 where the same female telephone person answered and took over 5 reports through the past 12 years. On one occasion another person interjected and made her presence known on the phone conversation... I was informed for the first time after a decade of calling the it was not the proper law enforcement agency and to contact the West Palm Beach Police for the address I had given of the respondent and the address plaintiff lived at in Palm Beach County where other crimes occurred to plaintiff by members of the Colombo crime family.

It took over five telephone calls reporting the ongoing harassment for someone at the Palm Beach Sheriffs Office to tell plaintiff he was callint the wrong Police department.

REQUEST FOR LEGAL AID- 48

Palm beach Sheriffs Office never followed up to see what happened to plaintiff through all this time of reporting occult crimes from these people.

## 00).PATE DEVELOPMENT L.L.C.

a shell corporation with multiple accounts of fraud and corruption as well as purger y on record under oath in court, which was ignored by judge Speros staff members including judge Tse. and whose actions now cost plaintiff severe emotional distress, loss  in  profit  and the united states hundreds of millions of dollars and more through taxable revenue lost from sabotage of business through possible conspiratorial acts.

Other accounts of Financial sabotage include business plans and models which were to be formed however prevented from realization due to constant interruptions in business from respondents of prior court action, the list of crimes include a situation where property was purchased by plaintiff during the legal portion of his partnership with pate development and where the properties were supposed to be used to produce a positive income. The respondents defaulted on their end of the business repeatedly and with malice from obvious discrimination against plaintiff.

REQUEST FOR LEGAL AID- 49

5 properties in palm bay were supposed to be outfitted with prefab modular homes and used as renal income or ¾ houses. Plaintiff after putting his time and resources into this company was blindsided by his partners and all business ceased to function as they partook in a Stock Pump and Dump scam (with props) and focused their attention there.

Other plans for property conversion and use conversion were ceased for partners interest in the Pump and Dump activities of HAWK BIOMETRIC of CANADA and illegal gambling operation in South Florida where the Witness protection program harbors them.

**00). THE Florida BAR ASSOCIATION ;Negligence**

failure to provide legal assistance repeatedly. New York, Miami, Los Angeles.

**THE FLORIDA LEGAL AID PROGRAM IN MIAMI**

Worthless unless your a decedent of the indies someway.

**THE FLORIDA STATE ATTORNEYS OFFICE**

Plaintiff had visited the office approximately 4 years ago and was denied being processed. W female worker who looked like an Indian woman with

Bleach blond hair and dark roots and light indian complexion came from around the counter and started speaking with plaintiff unexpectedly. Plaintiff did not understand why the woman had spotted him out of so many other peole waiting to speak withth estate attorney. Woman asked John Pate why he was in th eoffice. When the plaintiff responded about his situation with members of the Colombo Crime family the employee the told plaintiff the state attorney would not be able to help and there was nothing more to do. Plaintiff was confused and left the State attorneys office. Since then multiple crimes hae been committed by these same peole and protected by government agents.


**16). LETITIA JAMES AND THE NEW YORK CITY'S PROSECUTORS OFFICE-**

Refusal to investigate ongoing jihadist crimes from french afro-indie caste system with members in New York City and believed to be working in New York City office and Police department.; will be named in fraud upon america for and working in conjunction with the French Afro Indian caste system as well as Donald Trump's security team.


For sabotage and corruption in conjunction with European caste system members and American organized crime mostly being committed by racist

bigot women operating in these government positions. other actions may be filed in relation to these issues being explained in this Request for Financial Aid depending on levels of provable crimes from various departments of government and their employees and contractors. However again, without money and constant fraud and cover-up of crimes being committed on plaintiff he is left financially the burden of society and in no position to investigate these terrible crimes on himself and against freedom.

A few weeks after plaintiff put a complaint into the O.I.G. on October 24 2024 where he asked for 250 million dollars in restitution from money lost on only a couple of his inventions that were disrupted from these ongoing crimes being committed on plaintiff. He addressed one to the Department of Justice and the other to the Department of state. Shortly after Letitia James filed a 250 million dollar lawsuit against Donald J Trump. This was just after plaintiff aasked her office to investigate a ton of crimes being committed on plaintiff and involving the Jihadist attack in French Afro-Indie caste system Paris France.  However instead of her office investigating this Jihadist attack on a citizen born in Manhattan Her office decided to sue Donald for whatever now.

Some weeks after Plaintiff filed a complaint with the dos for 250 million dollars and 250 million dollars, Lattetia James filed suit against Donald

REQUEST FOR LEGAL AID- 52

Trump for that exact amount. a day after plaintiff opened a go fund me account for his innovations, the next day the trump team uses go-fund-me to of set the 350 million dollar settlement of Donald Trumps which was originally a 25 million dollar lawsuit which is the same amount plaintiff was requesting from the Department of State just a few weeks prior.  These women in government cant stop committing stalking and electronic crimes on me and now after so long of them reaping benefits from my work and forcing me into homelessness it is also Forced Labor /Slavery by United States Government Employees.  These cases are obviously scripted and their East coast West Coast caste system pyramids are working together and Defrauding the American People as well as Plaintiff John Pate ex-member of Mar a Lago.


**FOR ACTS UNDER THE EUROPEAN COUNCIL**

**FRANCE**

**20).PARIS FRANCE 14TH ARRONDISSEMENT REFUSAL TI INVESTIGATE ONGOING STALKING AND HARASSMENT BY TERRORIST FACTIONS-**  repeated reports while living in paris to avoid american mafia and colombo crime family. female narcotics detective refused to investigate jihadist terrorists and complaints of mafia. women is quoted as saying

"just ignore the mafia" and other ridiculous actions by the paris france police 14th arrondissement.

**FRANCE ULYSSES SERVICE;** Failure to investigate a Jihadist attack on February 22 2022 in Paris France ;  Malfeasance from Arab and Indies terrorist employees.

Failure to investigate ongoing stalking and harassment from members of Organized Crime.

Failure to investigate attack in Marseille France by same group of multi-national terrorists.

**MARSEILLE,  FRANCE Police**

Failure to investigate an assault on video in Marseille france

female officer , Indian skin black hair roots with platinum blonde hair. Same type of desk sergent as the Jewish Narcotics officer that told me to "ignore the Mafia" inside the lobby of the 14th in Paris France. Same type of bigot racist Women Plaintiff keeps getting targeted by whom work in Law Enforcement and Government.

Plaintiff and France have copies of these attacks on record.

REQUEST FOR LEGAL AID- 54

**00).SLOVENIAN        MINISTRY        OF        THE        INTERNAL,** **LJUBLJANA;** melina posha for intentional sabotage of an american and european citizen, fraud; corruption. treason, espionage, corporate espionage, intelectual property/patent theft.

**00).SLOVENIAN POLICE LJUBJLANA;**

Female officer of indies roots lied and told plaintiff hecould not be in Slovenia for more than 3 days after he attempted to claim asylum from the us government and the Indian nationalists working in it committing crime on him (Jews inclusive in Indians).

Plaintiff reported multiple online hacks and email intrusions as well as breakins to his laptop while using the Slovenian National Librarys Wifi for his patent process and research. Reports were never investigated by the Slovenian police.

Plaintiff in attaendence to the Slovenian Economic Development conference in Maribor Slovenia met with one Ip agent and attorney he sent a message to from his email account 'INFORMATION@ELECTROLIPS.COM" however no email was returned to plaintiff. The lawyer mentioned showed plaintiff his sent email and was the party to initiate remembering the email sent. Plaintiff

REQUEST FOR LEGAL AID- 55

had contacted over 8 0 IP representatives but wound up with one whom later refused to represent him on other patents and the patents also became abandoned from this time what seems manipulation by another party. Plaintiff will be returning to Slovenia in late March of 2024 to speak to the Intelectual Property office after multiple calls were never conneted for one reason or the other.

Plaintiff reported another occasion where he was refused service as well in regards to online fraud. Failure to investigate.

Plaintiff  Being from a mixed family of Germans Swiss and Italians the Jews and Hindi's that have been crossbreeding into our societies and his mixed family have targeted him throughout his life and through his own mixed American Eurasian Indies family whom coincidentaly have a lot of the same look and same genetics as the Slovenian people.

**SLOVENIAN MINISTRY OF THE INTERNAL**

Melina Posha was contacted and a letter was given to her staff member about requesting a meeting to apply for asylum there in slovenia from th eUnited States Government, The Masonic Occult and the other Indian Nationalists plintiff keeps being targeted by. The ministry of the Internal refused to communicate. The problems plaintiff incurred from not being able to register for work from no

residence was illegal and so were other tactics employed by their government workers after Plaintiff had already submitted 6 patents for processing through the Slovenian IP office.  Now 5 of plaintiff 6 patents have gone abandoned and entire new industries are being stolen by people other than the americans and other free people by members of the caste system. Plaintiff was also unawar eof the heavy French and British political economic influence along with Austrian influence these people in government in Slovenia are joined with prior to his filing there. The 110 euro filing fee was terriffic as opposed to 16000 dollars for an American patent and an attorney however plaintiff  could not afford either from so many decades of financial crimes and occult crimes being committed on him by Organized Crime members.

**FAILURE TO PROVIDE PROTECTION FROM THE INDIAN NATION AND INDIAN CASTE SYSTEM TO A DUEL NATIONAL CITIZEN**

during my time being half excommunicated and half hiding from the jews and hindis in th ecolombo crime family i applied for assylum in the main police station in reikia kroatia.  the eurasian desk sergeant would not speak to me and the female officer sitting in th edark corner with dark black hindi hair had the

REQUEST FOR LEGAL AID- 57

desk seargent very agressive with me and kept telling me to go back to italy where the 40 million hindis jews and other indies people have a very strong mafia killing our people off. and again another indian and eurasian in europe somehow telling me i do not qualify for assylum from the united states of america and the jewish indian caste system whom have been targeting me and committing nonstop crimes of violence theft and sexual assault when i was a child by these sick jews and hindis pretending to be european and more precisely italian mafia.  these are all indians jews inclusive, they are not from europe or the americas they are from the indies, the orient  and mongolia and have no primate in europe. their primates are from the indies and ours are from europe.

## 00). THE EUROPEAN COUNCIL , FAILURE TO PROTECT A Citizen of Europe

### FROM THE UNTIED STATES OF AMERICA AND THE INDIAN NATION.

Through government policy in many governments in western Europe and now Eastern Europe policy has been written where no help can be offered to a white person inany other white country where is white oeples homeland and holyland and they can only help peole of Indies Decent. Due to my skin color being white and my origins being European and leaving help only for jews arabs

and other indies based people. And sometimes overcrowding africans in small confines if they can get away with it . These policies of no white country being able to help a citizen of another white country is very corrupt and shown genocide by the jews and other indies eurasian people and their corruption in our societies to this day.

**00). KEFLAVIK POLICE, ICELAND;** refusal to enter me into the political asylum interview in april of 2023.

Female officer medium skin with platinum bleached hair and black roots refused to allow me to be interviewed for political asylum in the airport in Keflavik Iceland.

This female Eurasian officer by doing so pushed me back into Europe where now my inventions have gone abandoned from constant crimes being committed on me again by Eurasian Jews, Hindis and other Indian nationalists who have completely infiltrated all our homeland and holy land known as Europe. had i been admitted to the interview process i would already have my patents in hand or close to it but instead they are being stolen by the female Indian Jews family in Slovenia and again caste system members will take all our money again. Being homeless its very easy to track him as he can not just up and get on an airplane, it is very easy to stay ahead of plaintiff as well and contact anyone before plaintiffs

REQUEST FOR LEGAL AID- 59

arrival with ample time. Also many times hes wanted to travel but the Department of State not only refused to take reports of violence and online fraud but also has refused many times to issue a full 10 year passport and forces plaitiff to make all his travel notified through the Department of State, which is again ridiculous after 10 years of being held in Limbo by this ridiculous Indian Scam of a country by not letting me get rid of my American citizenship and not issuing me a passport when needed for business or to report crimes being committed on plaintiff.

### 26).EUROPEAN COUNCIL

genocide by the caste system opperitives and otehr crimes against euroean and american free   people the environment and humanity

Failure to investigate multiple crimes being committed on plaintiff John Pate by members of a royalty system that was supposedly dissolved but seems to have killed off tons of americans and other Freedom societies since World War 1 .

with crimes being committed on Plaintiff John Pate by members of these and other government agencies and agents individually and cooperatively

working in conjunction and/or separately and in operation illegally upon a member

of the united states and european union all the while committing gross civil rights

crimes on  plaintiff john pate and other members of his community here in the

USA as well as worldwide. Causing repercussions that are now considered by most

irreversible and unforgivable in regards to human standards, animal standards,

environmental standards, economic standards and all else that is treasured by free

people.

These crimes span over 2 decades of occult crimes on record through

various agencies institutions and records departments some within the government

and other held by private institutions and public institutions, and includes many

facets that have no expiration of time or statutes of limitation to expire. the crimes

also fall into RICO laws and punishment as well as other crimes including treason

and high treason on Americans and other free countries citizens here and abroad by

members of the caste system the collection of complaints and arguments being

assigned to various entities within the united states federal government is putting a

high burden of proof on plaintiff alone, also to prove intentional sabotage of

multiple businesses of plaintiff personally throughout the past 30 years that has

been orchestrated by these racist biased bigot women in government is very

difficult with no income and serious physical disabilities. Just to hire a private

investigator or pay plaintiffs own telephone bill becomes difficult.

REQUEST FOR LEGAL AID- 61

It is also believed the Trump family whom again plaintiff has ties to for decades of interacting are conspiring with the Slovenian Governments employees in theft of patents, and by doing so are in fact having unwanted intercourse with plaintiff and the American public, again.

The money per year is tremendous that has been lost suppressed or stolen by actions of these people and the members of government protecting them. Not just the profits lost but the revenues generated for entire industries that still do not exist due to constant crime being committed on plaintiff.

**Here are celebrities and rich people plaintiff knows or knows their people most of these people have mega corporations in the USA and the exact types of security clearance necessary to get away with these crimes against Mr Pate.**

**The following groups are all with connections to Mr. pate.**

00).  SPACE-X THEFT OF WRITINGS

THEFT OF PATENTS AND  INNOVATIONS.

DEFRAUDING THE UNITED STATES OF AMERICA

00)   MICROSOFT CORP SABOTAGE OF MULTIPLE EMAIL ACCOUNTS USED  FOR COURT. Aand legal proceedings, failure to investigate multiple online attacks,

failure to investigate email intrusion ,

SABOTAGE OF ONEDRIVE,

 SABOTAGE OF WEBSITE

00)   META SABOTAGE OF BUSINESS BY MEMBERS OF THE HOLLYWOOD PAOLO ALTO, ELITISTS SABOTAGE OF COMMUNICATION SABOTAGE OF BUSINESS. Through hindering communications through Facebook and Messenger and causing ongoing difficulties in everyday online operations. Refusal to return IP from old Facebook account of plaintiffs work and writings. Repeatedly shut down new accounts while plaintiff was trying to contact people from his past for help with these issues and help to pay for a lawyer. Mr Pate was never able to reconnect with peopl ehe knew his entire life. Besides being anble to contact people during an emergency they also caused business sabotage on plaintiffs art business.

00)   NEW FOLD DIGITAL ONLINE FRAUD REPEATED released my domain Electrolips.com before my due date after reports of them stealing the ElegentLifestyle.com domain plintiff was intending to purchase for 11 dollars next time he received money from his EBT card at the

REQUEST FOR LEGAL AID- 63

beginning of the next month.  The website a few weeks later was purchased by this company and is believed to have been found from eaves dropping on plaintiffs laptop telephone and use of other surveillance equipment and clearance from their security companies:

00)   Paypal Fraud reported multiple times

Never investigated

00)   SLOVENIAN STEEL METALICO MARIBOR SLOVENIA
       THEFT OF IP , DEFRAUD THE      UNITED      STATES
       OF AMERICA

Substantiating evidence and

00)   KRESTOR INDUSTRIES WOLFSBERG AUSTRIA,
       CONSPIRACY TO DEFRAUD TH   EUNITED      STATES
       GOVERNMENT, CONSPIRACY TO COMMIT
       CONDITIONS OF FORCED LABOR / SLAVERY ON
       PLAINTIFF WITH CO-CONSPIRATORS

substantiating evidence

00)   CENTRAL INTELLIGENCE AGENCY
       CONRAD HILTON SPACEX CIA – ESPIONAGE
       CORPORATE , CONSPIRACY TO   DEFRAUD THE
       UNITED STATES AND CITIZENS.

REQUEST FOR LEGAL AID- 64

Substantiating evidence

00)     PARIS HILTON SPACE X CONSPIRACY TO DEFRAUD

THE UNITED STATES,          CONSPIRACY TO CAUSE

FORCED    LABOR/ SLAVERY

links through common persons

00)     tom falco paolo alto california,

 organized stalking and harrasement, corporate espionage , conspiracy

to defraud the united states of America.

Landlord in artist studios

00)     LUCCA GAUCHE

Culver city California associate of Conrad Hilton ,

worked with plaintiff.

Associated with Conrad Hiton From this Group

00)   Tony  TUOTUONI  members  of  elitist  group  plaintiff  has

contracted for .

00)     VICTORINO  Novvel  members  of  elitist  group  plaintiff  has

contracted for

00). Baugher Family For Spying and other crimes associated with the

time Mr Pate spent in New York City last year attempting to get the authorities to

investigate  ongoing  occult  crimes  and  multi  national  terrorism  crimes,  including

REQUEST FOR LEGAL AID- 65

ongoing organized stalking and harrasement and acts of violence from residents of New York City, New York, USA. The person disregarded wha I was telling him on Linked In then never returned my messages. This is very strange from someone you grew up with and never had problems with. Afterward plaintiff found out his childhood friend married a British Royalty redcoat woman and it made a bunch more sense why he did not return mr Pates messages.

British Royalty whom are the leaders of the Masonic Society and are also involved with the same group of Hollywood elitists both of whom plaintiff has had dealings with and both of whose groups are heavily inundated with occult practices and behaviors.

Plaintiff is not a lawyer and is Not an Investigator. Plaintiff has a 7th grade education from decades of occult crimes and being raised by Organized Crime members turned Witness protection Program members. Plaintiff is in search of Legal Aid . Mr. Pate is currently addressing tampering issues with his website and will be in Europe to finalize what patent is left after 5 went abandoned, some revolutionize whole industries some create needed new industries.

Dated: _March 19 2024_ A.D.

Respectfully submitted,

REQUEST FOR LEGAL AID- 66

1

JOHN PATE

2

PRO SE

3

4    JOHN PATE

5    PRIMARY EMAIL :JOHNP.ELECTROLIPS@TUTANOTA.COM

6

7    TELEPHONE: 510 776 0160

8    INFORMATION@ELECTROLIPS.COM

9

10   3126 SHATTUCK AVENUE

11   BERKELEY CALIFORNIA 94705

12

13

14   WHATSAPP and YOLLA  programs for Communication links litigants telephone.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR LEGAL AID- 67